IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02824-BNB

RAY REYNOLDS,

    Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Ray Reynolds is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. Applicant initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order entered on December 31, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Reynolds to submit to the Court a current certified copy of his trust fund account statement. Mr. Reynolds was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On January 14, 2009, Mr. Reynolds filed a trust fund account statement. The account statement, however, is not certified, as required pursuant to 28 U.S.C. § 1915, and as specified on Page Two of the § 1915 Motion and Affidavit form. The action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

*[signature: Zita Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02824-BNB

Ray Reynolds
Reg No. 12324-023
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk